In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-189 CR


NO. 09-08-190 CR


____________________



TYLER EARL POOL, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause Nos. 98372 and 07-00644 






MEMORANDUM OPINION


 We have before the Court requests from the appellant, Tyler Earl Pool, to dismiss his
appeals. See Tex. R. App. P. 42.2. Requests to dismiss the appeals are signed by appellant
personally and joined by counsel of record. No opinions have issued in these appeals. The
motions are granted, and the appeals are therefore dismissed. 

 APPEALS DISMISSED. 


 ______________________________

 STEVE McKEITHEN Chief Justice


Opinion Delivered July 30, 2008

Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.